IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEGGY QUINN, KEVIN QUINN, BRUNNER HOMES AND CONSTRUCTION, INC., and JOHN DOES 3 through 10,<br><br>Defendants. | CV 18–76–M–DWM<br><br>ORDER |

Plaintiff Atlantic Casualty Insurance Company ("Atlantic") moves under Federal Rule of Civil Procedure 21 to dismiss defendants Wahl's Roofing, LLC and DM Drywall & Construction, Inc. (Doc. 57.) Those defendants are not necessary parties, *see* Fed. R. Civ. P. 19(a), and neither has appeared. Accordingly,

IT IS ORDERED that the motion (Doc. 57) is GRANTED. Wahl's Roofing, LLC and DM Drywall & Construction, Inc. are DISMISSED from this action. The caption is modified as reflected above.

DATED this ____ day of June, 2019.

Donald W. Molloy, District Judge
United States District Court