David M. McLean
Ryan C. Willmore
McLEAN & ASSOCIATES, PLLC
3301 Great Northern Ave., Suite 203
Missoula, Montana 59808
Telephone: (406) 541-4440
Facsimile: (406) 540-4425
dave@mcleanlawmt.com
ryan@mcleanlawmt.com

Attorneys for Defendants Peggy & Kevin Quinn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEGGY QUINN, KEVIN QUINN, BRUNNER HOMES AND CONSTRUCTION, INC., WAHL'S ROOFING, LLC, DM DRYWALL & CONSTRUCTION, INC., AND JOHN DOES 3 THROUGH 10,<br><br>Defendants. | Cause No. CV-18-76-M-DWM<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to this Court's Order of January 22, 2021 (Doc. 80), Defendants

Peggy and Kevin Quinn hereby provide this Notice of Settlement.

Please take notice that Defendants Peggy and Kevin Quinn and Defendant Brunner Homes and Construction, Inc. have reached an agreement to settle certain claims and have a covenant not to execute. The Agreement is attached to this Notice as Exhibit A. The Complaint in the state action will be amended.

DATED this 19th day of February, 2021.

      McLEAN & ASSOCIATES, PLLC


      By /s/ David M. McLean
        David M. McLean

      Attorneys for Defendants Peggy & Kevin Quinn